JUDGE BRODERICK

DAVID GRAFF (DG7011)
RACHAEL KIERYCH (RK1339)
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, NY 10020
Dgraff@andersonkill.com
Rkierych@andersonkill.com

**15 CV 00359**

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER D. SCHIFF, AND EURO PACIFIC CAPITAL INC., <br><br> Plaintiffs, <br><br> vs. <br><br> YAYI INTERNATIONAL INC., <br><br> Defendant. | Index No.: <br><br> **RULE 7.1 STATEMENT** <br><br> RECEIVED JAN 16 2015 U.S.D.C. S.D.N.Y. CASHIERS |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, Euro Pacific Capital Inc. ("Euro Pacific") certifies that no parent corporations or publicly held corporations own 10% or more of Euro Pacific.

Dated: January 16, 2015
New York, New York

**ANDERSON KILL P.C.,**

*[signature]*

David Graff, Esq.
Rachael Kierych, Esq.
1251 Avenue of the Americas
New York, New York 10020
Tel.: 212-278-1000
Fax: 212-278-1733

*Attorneys for Plaintiffs*

nydocs1-1043562.1