```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER D. SCHIFF, AND EURO PACIFIC
CAPITAL INC.,

                       Plaintiffs,

vs.

YAYI INTERNATIONAL INC.,

                       Defendant.

15 Civ. 00359 (VSB)

**CLERK'S CERTIFICATE**

      I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on January 16, 2015 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant by personally serving Defendant Yayi International Inc.'s registered agent, Corporation Trust Co. on January 30, 2015 at 1209 Orange St., Wilmington, Delaware 19801, and proof of such service thereof was filed on February 2, 2015.

      I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated:   New York, New York
           February 25, 2015

                                                  **RUBY J. KRAJICK**
                                                  Clerk of Court

                                           By: _____
                                                     Deputy Clerk