UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
          :
PETER D. SCHIFF et al.,          :
          :
         Plaintiffs,  :
         :     15-CV-359 (VSB)
    - against -         :
         :     ORDER
YAYI INTERNATIONAL INC.,         :
         :
        Defendant.  :
         :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/2015

VERNON S. BRODERICK, United States District Judge:

      Plaintiffs first sought relief in this Court on January 16, 2015, by filing a document titled "Complaint", which consisted of a Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment in Lieu of Complaint. (Doc. 1.) Plaintiffs subsequently filed, on January 20, 2015, a Local Rule 56.1 Statement of Undisputed Facts, (Doc. 4), and an Affidavit in support of their Motion for Summary Judgment in Lieu of Complaint, (Doc. 5). Ten days later, on January 30, 2015, Plaintiffs filed a Notice of Motion for Summary Judgment in Lieu of Complaint. (Doc. 6.) I now am in receipt of Plaintiffs' request for a pre-motion conference on its motion to substitute the named plaintiffs, filed on March 30, 2015. (Doc. 9.) To date, Defendant has not appeared.

      The Plaintiffs are instructed to appear for a conference to discuss the nature and status of this case on April 24, 2015 at 2:30 p.m. at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007. Plaintiffs should be prepared to address, among other things, the basis for bringing this case in Federal Court in the first instance without filing a complaint, why this action may proceed as filed, and the reasons for Plaintiffs' substitution

request.

SO ORDERED.

Dated: April 1, 2015
New York, New York

_____
Vernon S. Broderick
United States District Judge