# AFFIDAVIT OF PROCESS SERVER

## In The United States District Court for the Southern District of New York

Peter D. Schiff, et al
Plaintiff(s)
v
Yayi International Inc.
Defendant(s)

Case No: 15 Civ. 00359 (VSB)

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized to perform said service.

**Service:** I served Yayi International Inc.

with the (documents) March 30, 2015 Letter to the Honorable Vernon S. Broderick Arranging a Pre-Motion Conference with Exhibit 1

**Person Served:** Amy McLaren, Managing Agent duly authorized to accept service

**Service Address:** The Corporation Trust Company, Registered Agent., 1209 N. Orange St., Wilmington, Delaware 19801

Date of Service: March 31, 2015     Time Served:  3:00 pm

**Manner of Service:** ( X ) By personally delivering copies to the person/authorized agent of entity being served.
( ) By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof
( ) By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.
( ) By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
( ) Unknown at address     ( ) Evading     ( ) Moved, left no forwarding  ( ) Other
( ) Address does not exist  ( ) Service canceled by Litigant  ( ) Unable to serve in a timely fashion

**Description:** Age: 35   Sex: F   Race: W   Hgt: 5'7"   Wgt: 135   Hair: Brown   Glasses: No

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on:

April 1, 2015   at Wilmington,   Delaware
Date              City              State

State of Delaware
County of New Castle

Daniel Newcomb, Process Server
Delaware Attorney Services
3516-16 Silverside Road
Wilmington, DE 19810 (302) 429-0657

Subscribed and sworn before me a Notary Public of the State of Delaware on April 1, 2015

**Witness My Hand and Official Seal To**

Kimberly J. Ryan, My Commission Expires 5/17/16
Notary Public, State of Delaware