```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
PETER D. SCHIFF et al.,                                     :
:
                        Plaintiffs,    :
:     15-CV-359 (VSB)
      - against -                                      :
:     ORDER
:
YAYI INTERNATIONAL INC.,                                    :
:
                        Defendant.    :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      This action was initiated on January 16, 2015.  On February 25, 2015, the Clerk of Court entered a certificate of default.  For the reasons stated on the record on April 24, 2015, the Clerk's Certificate, (Doc. 8), is hereby VACATED.

      SO ORDERED.

Dated: April 27, 2015
       New York, New York

*[signature: Vernon Broderick]*
Vernon S. Broderick
United States District Judge