UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER D. SCHIFF, AND EURO PACIFIC CAPITAL INC.,<br><br>                      Plaintiffs,<br><br>       vs.<br><br>YAYI INTERNATIONAL INC.,<br><br>                      Defendant. | Index No.: 15 Civ. 000359 (VSB) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                               ) ss
COUNTY OF NEW YORK )

      1.      I, Alex Litt, am employed by Anderson Kill P.C., with offices located at 1251 Avenue of the Americas, New York, NY 10020. I am over the age of 18 and not a party to the within action.

      2.      On April 30, 2015, I served the following documents via U.S. Mail, upon Yayi International Inc., No. 9 Xingguang Road, Northern Industrial Park of Zhngbei Town, Xiqing District, Tianjin 300384, China, Attn.: President:

1. Notice of Motion For Leave to File First Amended Complaint
2. Memorandum of Law in Support of Motion For Leave to File First Amended Complaint
3. Affirmation of Christopher Ayers in Support of Motion For Leave to File First Amended Complaint.
4. Exhibits A-D to the Affirmation of Christopher Ayers.

nydocs1-1049483.1

Executed on May 14, 2015, at New York, New York. I declare under penalty of perjury under the laws of New York that the above is true and correct.

*[signature]*
Alex Litt

Sworn to before me this 14th day of May, 2015

*[signature]*
Notary Public
DONALD FLYNN
NOTARY PUBLIC, State of New York
No. 01FL5046358
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires July 10, 2015

nydocs1-1049483.1