UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/27/2015
```

------------------------------------------------------X
                            :

PETER D. SCHIFF et al.,             :
                            :
               Plaintiffs,  :

                            :           15-CV-359 (VSB)
        - against -         :
                            :              ORDER
YAYI INTERNATIONAL INC.,     :
                            :
              Defendant.  :
                            :
------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       This action was initiated on January 16, 2015.  On January 30, 2015, Plaintiffs filed a

motion for summary judgment in lieu of complaint.  For the reasons stated on the record on April

24, 2015, Plaintiffs' motion, (Doc. 6), is DENIED.  The Clerk is respectfully directed to close

Doc. 6.

       SO ORDERED.

Dated:  May 27, 2015
       New York, New York

Vernon S. Broderick
United States District Judge