```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
PETER D. SCHIFF et al.,                                     :
                                                            :
                      Plaintiffs,    :
                                                            :    15-CV-359 (VSB)
        - v -                                             :
                                                            :    ORDER
YAYI INTERNATIONAL INC.,                                    :
                                                            :
                      Defendant.     :
                                                            :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       Plaintiffs in the above-captioned action have filed a motion for leave to file a first amended complaint, (Doc. 13), as well as an accompanying memorandum of law, (Doc. 14), and affirmation with exhibits, (Doc. 15). On May 14, 2015, Plaintiffs filed proof of service of these documents. (*See* Docs. 16, 17.) To date, Defendant has not made an appearance in this action or otherwise indicated opposition to Plaintiffs' motion. Defendant must file its opposing papers to Plaintiffs' motion for leave to file a first amended complaint no later than July 31, 2015, or I will consider the motion fully submitted and decide the motion without the benefit of Defendant's briefing. Plaintiffs are ordered so serve Defendant with a copy of this order and, by no later than July 21, 2015, to file an affidavit on ECF certifying that such service has been effectuated.

       SO ORDERED.

Dated: July 14, 2015
       New York, New York

                                                    _____
                                                    Vernon S. Broderick
                                                    United States District Judge