UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER D. SCHIFF, AND EURO PACIFIC CAPITAL INC., <br><br> Plaintiffs, <br><br> vs. <br><br> YAYI INTERNATIONAL INC., <br><br> Defendant. | Index No.: 15 Civ. 000359 (VSB) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  ss
COUNTY OF NEW YORK   )

    1.    I, Ryan Reckhow, am employed by Anderson Kill P.C., with offices located at 1251 Avenue of the Americas, New York, NY 10020. I am over the age of 18 and not a party to the within action.

    2.    On July 14, 2015, I served the following document via U.S. Mail, upon Yayi International Inc., No. 9 Xingguang Road, Northern Industrial Park of Zhngbei Town, Xiqing District, Tianjin 300384, China:

July 14, 2015 ORDER

Executed on July 16, 2015, at New York, New York. I declare under penalty of perjury under the laws of New York that the above is true and correct.

_____<br>Ryan Reckhow

nydocs1-1052525.1

Sworn to before me this
16th day of July, 2015

_____
Notary Public

DONALD FLYNN
NOTARY PUBLIC, State of New York
No. 01FL5046358
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires July 10, 2019