# AFFIDAVIT OF PROCESS SERVER

In The United States District Court for the Southern District of New York

Peter D. Schiff, et al.  
Plaintiff(s)  
v  
Yayi International Inc.  
Defendant(s)

Index No: 1:15-cv-00359-VSB

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized to perform said service.

**Service:** I served Yayi International Inc.

with the (documents) First Amended Complaint

Accepted By: Amy McLaren, Managing Agent duly authorized to accept service

Service Address: The Corporation Trust Company, Registered Agent., 1209 N. Orange St., Wilmington, Delaware 19801

Date of Service: October 28, 2015     Time Served: 3:28 p.m.

**Manner of Service:** (X) By personally delivering copies to the person/authorized agent of entity being served.
( ) By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof
( ) By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.
( ) By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
( ) Unknown at address    ( ) Evading              ( ) Moved, left no forwarding  ( ) Other
( ) Address does not exist ( ) Service canceled by Litigant  ( ) Unable to serve in a timely fashion

**Description:** Age: 35   Sex: F   Race: W   Hgt: 5'7"   Wgt: 135   Hair: Brown   Glasses: No

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on:

October 29, 2015   at   Wilmington,   Delaware
Date                     City              State

State of Delaware  
County of New Castle

Daniel Newcomb, Process Server  
Delaware Attorney Services  
3516 Silverside Rd. # 16  
Wilmington, DE 19810 (302) 429-0657

Subscribed and sworn before me a Notary Public of the State of Delaware on October 29, 2015

**Witness My Hand and Official Seal To**

Kimberly J. Ryan, My Commission Expires 5/17/16  
Notary Public, State of Delaware