UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EURO PACIFIC CAPITAL INC, *et al.* <br><br> Plaintiffs, <br><br> vs. <br><br> YAYI INTERNATIONAL INC., <br><br> Defendant. | Index No.:  15 Civ. 00359 (VSB) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                            )     ss
COUNTY OF NEW YORK  )

    1.    I, Vanessa Negron Delgado, am employed by Anderson Kill P.C., with offices located at 1251 Avenue of the Americas, New York, NY  10020.  I am over the age of 18 and not a party to the within action.

    2.    On October 30, 2015, I served via FedEx and Facsimile Plaintiffs' First Amended Complaint upon:

> Yayi International Inc.
> No. 9 Xingguang Road
> Northern Industrial Park of Zhongbei Town
> Xiqing District, Tianjin 300384, China
> 86-22-2798-4358
> Attn: President

With a copy to:

Louis A. Bevilacqua, Esq.
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street NW
Washington, D.C. 20037
Facsimile: (202) 663-8007

Executed on October 30, 2015, at New York, New York. I declare under penalty of perjury under the laws of New York that the above is true and correct.

_____
Vanessa Negron Delgado

Sworn to before me this
30th day of October, 2015

_____
Notary Public

SONIA D. SMALLS
Notary Public, State of New York
No. 4732066
Certificate Filed in New York County
Qualified in Bronx County
Commission Expires June 30, 2018