DAVID GRAFF
CHRISTOPHER AYERS
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, NY 10020
Dgraff@andersonkill.com
Cayers@andersonkill.com
*Attorneys for Plaintiffs*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/28/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EURO PACIFIC CAPITAL INC, INDIVIDUALLY, AND IN ITS CAPACITY AS INVESTOR REPRESENTATIVE AND ATTORNEY-IN-FACT FOR BARBARA SUE WILSON AND DAVID D. WILSON AS TRUSTEES FOR THE BARBARA SUE WILSON TRUST U/A 8/23/94; DOUGLAS W. JOHNSON AS TRUSTEE FOR THE DOUGLAS WILLIAM JOHNSON REVOCABLE TRUST U/A 6/25/10; HEIDI W. KEINE AND KEVIN KEINE; JANET D. RUSSELL AS TRUSTEE FOR THE JANET DICKINSON RUSSELL LIVING TRUST IS A TRUST U/A 1/20/10; NFS/FMTC ROLLOVER IRA FBO JERRY R. SPEAKS; NFS/FMTC ROLLOVER IRA FBO ROBERT M. WEISSBERG; POINT AUX CHENES LLC; BRUCE WALKER RAVENEL; POM INVESTMENTS; JEFF ARCHIBALD; NORMAN E. APPERSON AND PAMELA MCEACHERN AS TRUSTEES FOR THE NORMAN E. APPERSON AND PAMELA MCEACHERN TRUST, U/A 7/22/96; THE DREW & RASKIN PROFIT SHARING PLAN FBO STEPHEN RASKIN; CARLOS A. MERINO AS TRUSTEE FOR THE CARLOS ALFONSO MERINO REVOCABLE LIVING TRUST U/A 12/4/96; BARBARA J. PETERSON AS TRUSTEE FOR THE BARBARA J. PETERSON REVOCABLE TRUST U/A 2/4/00; CAROLYN R. LONG; COREY SHANNON MCNAMEE; EVA MARIE SALAS AS TRUSTEE FOR EVA M. SALAS TRUST; JIMMIE C. WEST AND CAROLYN E. WEST; JOSEPH MCCARTHEY AND MIKI MCCARTHY; MARK DUGGER AS ADMINISTRATOR FOR THE ALLSTATES DRYWALL INC. EE S T; MICHAEL J. HANRATTY AND LYNSAY F. HANRATTY; MITCHELL MARTIN | Index No.: 15 Civ. 00359 (VSB)<br><br>**CLERK'S CERTIFICATE** |

AND DEBORAH MARTIN; NFS/FMTC ROTH IRA FBO VIRGINIA C. ADAMS; NFS/FMTC SEP FBO CARTER LAREN; NFS/FMTC SEP FBO GERALD MONA; OLEKSANDR TUMKO AND OKSANA TUMKO; THOMAS L. INGRAM AND CARISSA INGRAM AS TRUSTEES FOR THE INGRAM LIVING TRUST U/A 11/2/05; TIMOTHY CRANE AS TRUSTEE FOR THE TIMOTHY R. CRANE TRUST; WILLIAM BRADLEY AS ADMINISTRATOR FOR THE BRADLEY ANESTHESIOLOGY PROFIT SHARING PLAN; ART KLEPPEN AND KIMBERLY KLEPPEN; BRENT PAULGER AND SHARISSA PAULGER; KEVIN MOORE; NFS/FMTC IRA FBO ROBERT STEPHEN ADAMS; NFS/FMTC SEP IRA FBO GERALD E. MANWILL; STEVE HOKE AND COLLEN HOKE AS TRUSTEES FOR THE HOKE LIVING TRUST U/A 4/19/02; ARNOLD WILLIAM GOLDSCHLAGER AND NORA GOLDSCHLAGER AS TRUSTEES FOR THE GOLDSCHLAGER FAMILY TRUST U/A 6/24/04; UZZI REISS AND YAEL REISS AS TRUSTEES FOR THE REISS FAMILY TRUST U/A 12/29/88; JOHN A. RUPP AS TRUSTEE THE JOHN A. RUPP TRUST U/A 3/9/07; LAURA SMITH AND FORREST SMITH AS TRUSTEES FOR THE CONNELLY JOHNSON SMITH FAMILY TRUST U/A 4/2/09; MARC A. PIERRE AS ADMINISTRATOR FOR THE CENTER FOR PHYSICAL HEALTH 401K PROFIT SHARING PLAN; NFS/FMTC ROLLOVER IRA FBO LYNN ROLLINS STULL; NFS/FMTC ROLLOVER IRA FBO RONALD ALLEN MCCANN; NFS/FMTC ROTH IRA FBO HELEN ERSKINE; PRASAD REALTY CORP.; WILLIAM A. KARGES JR. AS TRUSTEE FOR THE KARGES REVOCABLE INTERVIVOS TRUST U/A 4/29/85; DAVID W. LARSON AND JENNIFER L. LARSON; JOHN D. SMEAD; MARK EDWARD SMEAD AS TRUSTEE FOR THE MARK E. SMEAD REVOCABLE LIVING TRUST U/A 11/17/95; NFS/FMTC ROLLOVER IRA FBO BERTRAND BROOKS CARDER; NFS/FMTC ROLLOVER IRA FBO EDWIN BRUNO KAEHLER; RICHARD GRIFF AND JACKIE GRIFF; BARBARA SEIDEL AS TRUSTEE FOR THE BARBARA GALLUN SEIDEL RESIDUAL TRUST U/A 2/9/60; BERT HUNTSINGER; CHRISTIANNA SEIDEL AS TRUSTEE FOR THE CHRISTIANNA SEIDEL PROPERTY TRUST U/A 11/5/99 FBO CHRISTIANNA

SEIDEL; DAVID BRISBIN AS TRUSTEE FOR THE
INNES BRISBIN LIVING TRUST U/A 6/8/04;
GEORGE FELDMAN; GILBERT DOMINGUEZ AS
TRUSTEE FOR THE DOMINGUEZ TRUST U/A
3/3/05; HEMENT KATHURI AS ADMINISTRATOR
FOR THE H. KATHURIA INVESTMENTS II P PLAN;
JIM ROBERT PUGH; KENNTIH H. NASS AND
MAUREEN NASS AS TRUSTEES FOR THE
KENNETH H. & MAUREEN K. NASS CHARI TRUST
U/A 6/7/05; KK SWOGGER ASSET MANAGEMENT;
MAUREEN K. NASS AND KENNETH H. NASS AS
TRUSTEES FOR THE MAUREEN K. NASS LIVING
TRUST U/A 5/16/05; NFS/FMTC IRA FBO DIANE D.
SPOLUM; NFS/FMTC ROLLOVER IRA FBO OF
ANDRES KEICHIAN; NFS/FMTC ROLLOVER IRA
FBO RALPH DALE EDSON; ROBERT T. FOSS AND
MARGARET FOSS AS TRUSTEES FOR THE
ROBERT T & MARGARET FOSS REVOCABLE
TRUST U/A 3/31/04; SHELBY JORDAN AND BECKY
JORDAN; TRISHA L. FRERES AND THEODORE
KYLE FRERES AS TRUSTEES FOR THE TRISHA L.
FRERES LIVING TRUST U/A 3/31/04; WALTER
FRIESEN; WILLIAM J. CYR; WILLIAM TEN BRINK
AS TRUSTEE FOR THE TEN BRINK TRUST U/A
10/2/86; WILLIAM WILEY AND MARIANNE WILEY
AS TRUSTEES FOR THE WILEY FAMILY LIVING
TRUST U/A 7/19/95; BUCKTHORN LLC; MARC
BIENSTOCK AND JENNY I. BIENSTOCK; MARK
STERIN; NANCY L. BENSON AS TRUSTEE FOR
THE NANCY L. BENSON LIVING TRUST U/A
11/11/02; NFS/FMTC ROLLOVER IRA FBO JAMES A.
TAMBORELLO; NFS/FMTC ROLLOVER IRA FBO
RICHARD DAVIS MOORE; SKEE GOEDHART AS
TRUSTEE FOR THE PARACELSUS REVOCABLE
TRUST U/A 7/25/97; SUSAN C. CULLEN; GAYLE M.
SANDERS AND DEBORAH SANDERS AS
TRUSTEES FOR THE GAYLE M. SANDERS FAMILY
TRUST REVOCABLE TRUST U/A 8/15/02; MARC W.
LEVIN AND SUSAN G. LEVIN; NFS/FMTC
ROLLOVER IRA FBO DONALD T. GLASER JR.;
DAVID ALAN SCULLY; JERRY F. MCWILLIAMS;
MICHAEL SCULLY; NFS/FMTC ROLLOVER IRA
FBO TODD HOWARD OVERGARD; DAVID ARITA;
DEBORAH FOREMAN AS TRUSTEE FOR THE
DEBORAH D. FOREMAN TRUST U/A 9/29/94; HCR
INVESTMENTS INC.; LYNN HAVLIK; BARBARA S.

MEISTER AS TRUSTEE FOR THE MEISTER NON-EXEMPT MARITAL TRUST U/A 11/17/83; BRIAN S. BEHAN; CYNTHIA KESSLER AND JAMES KESSLER; NFS/FMTC IRA FBO HOWARD W. WAHL; NORMAN S. KRAMER AND LINDA L. KRAMER; QUINCY MURPHY INC.; ROBERT L. BISHOP; SCOTT DAVIES AND MISTY DAVIES AS TRUSTEES FOR THE SCOTT & MISTY DAVIES LIVING TRUST U/A 6/28/07; BARBARA HEARST; CINDY J. LEWIS AS TRUSTEE FOR THE CINDY J. LEWIS DECLARATION OF TRUST U/A 3/11/93; JACK ABRAMS AND MARGO ABRAMS AS TRUSTEES FOR THE JACK ABRAMS PENSION PLAN 1; JIM GRIFFIN AS CUSTODIAN FOR THE MICHELLE E. GRIFFIN UTMA OH; JIM GRIFFIN AS CUSTODIAN FOR THE DANIEL J. GRIFFIN UTMA OH; JULIA L. GRIFFIN; NFS/FMTC IRA FBO LEONARD SIEGEL; NFS/FMTC IRA FBO ROYCE V. JACKSON; PETER D. SCHIFF; R. STEVEN SMITH; RICHARD POTAPCHUK; SCOTT R. GRIFFIN; AMY J. STEFANIK AS TRUSTEE FOR THE AMY J. STEFANIK REVOCABLE TRUST U/A 2/6/01; ANDREW P. COOK AND SUSAN R. COOK; CHARLOTTE J. BELASCO; JEAN A. DAVIDS-OSTERHAUS AS TRUSTEE FOR THE JEAN A. DAVIDS-OSTERHAUS REVOKABLE TRUST U/A 10/3/07; LARRY GUAGLIARDO; MARK A. OSTERHAUS AS TRUSTEE FOR THE MARK OSTERHAUS REVOCABLE TRUST U/A 10/31/07; RICHARD P. ANOTHONY III AND KIMBERLY J. ANTHONY; STEVEN JAY EPSTEIN.,

Plaintiff,

vs.

YAYI INTERNATIONAL INC.,

Defendant.

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on January 16, 2015 with the filing of a summons and complaint, that a copy of the summons and complaint was served on

nydocs1-1060029.1

defendant Yayi International Inc. ("Yayi") by personally serving Yayi's registered agent Corporation Trust Co. at 1209 Orange St., Wilmington, DE 19801., and proof of such service thereof was filed on February 2, 2015, Doc. #7.

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby further certify that the amended complaint was filed on September 14, 2015, that a copy of the amended complaint was served on defendant Yayi by personally serving: the Delaware Secretary of State at 401 Federal St., Suite 4, Dover, DE 19901, and proof of such service thereof was filed on October 29, 2015, Doc. #24; Yayi's registered agent, Corporation Trust Co. at 1209 Orange St., Wilmington, DE 19801., and proof of such service thereof was filed on October 29, 2015, Doc. #25; and by mail to Yayi's last known address at No. 9 Xingguang Road, Northern Industrial Park of Zhongbei Town, Xiqing District, Tianjin 300384, China, and proof of such service thereof was filed on October 30, 2015, Doc. #26.

I further certify that the docket entries indicate that the Defendant Yayi has not appeared or filed an answer or otherwise moved with respect to the complaint or amended complaint herein. The default of the Defendant Yayi is hereby noted.

Dated: New York, New York
December 28, 2015

RUBY J. KRAJICK
Clerk of Court

By: _____
Deputy Clerk