```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
PETER D. SCHIFF et al.,                                     :
                                                            :
                        Plaintiffs,                         :
                                                            :        15-CV-359 (VSB)
          -v-                                               :
                                                            :            ORDER
YAYI INTERNATIONAL INC.,                                    :
                                                            :
                        Defendant.                          :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/2016

VERNON S. BRODERICK, United States District Judge:

On December 28, 2015, the Clerk of the Court entered a Certificate of Default in this matter. (Doc. 27.) Plaintiffs are directed to my Individual Rule 4.H governing default judgments and ORDERED to take action in this case within thirty (30) days. Failure to take action may result in the case being dismissed for failure to prosecute.

SO ORDERED.

Dated: February 8, 2016
       New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge