UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EURO PACIFIC CAPITAL INC, *et al.*

                              Plaintiffs,

vs.

YAYI INTERNATIONAL INC.,

                              Defendant.

Index No.: 15 Civ. 00359 (VSB)

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Christopher L. Ayers on behalf of Plaintiffs Euro Pacific Capital Inc., et al., in the above-captioned matter.

August 17, 2017        By:    /s/ *Christopher L. Ayers*
                                             Christopher L. Ayers, Esq.

                                             ANDERSON KILL P.C.
                                             1251 Avenue of the Americas
                                             42nd Floor
                                             New York, New York 10020
                                             Telephone: 212-278-1000
                                             Facsimile: 212-278-1733

                                             Attorneys for Plaintiffs, Euro Pacific
                                             Capital, Inc., et al.

## **CERTIFICATE OF SERVICE**

I hereby certify that I served on all counsel of record the foregoing via the CM/ECF system.

Dated: August 24, 2017

/s/ Christopher L. Ayers
Christopher L. Ayers

*Attorneys for Plaintiffs*
*Euro Pacific Capital, Inc., et al.*