UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EURO PACIFIC CAPITAL INC., *et al.*

                    Plaintiffs,

-against-

YAYI INTERNATIONAL INC.,

                    Defendant.

Case No. 15-cv-00359 (VSB)

---

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

      PLEASE TAKE NOTICE that Sherli Furst of Robins Kaplan LLP, with offices located at 399 Park Avenue, New York, New York 10022, hereby appears as counsel for Plaintiffs Euro Pacific Capital Inc. and Peter D. Schiff, and requests that copies of all future pleadings, filings, notices, correspondences, and other papers in the above-captioned matter be copied to and served to the undersigned counsel at the address indicated herein.

Dated:  January 19, 2018            Respectfully submitted,

                                              */s/ Sherli Furst*_____

                                              Sherli Furst
                                              ROBINS KAPLAN LLP
                                              399 Park Avenue
                                              Suite 3600
                                              New York, New York 10022
                                              Tel:    (212) 980-7400
                                              Fax:   (212) 980-7401
                                              Email: sfurst@robinskaplan.com

                                              ***Attorney for Euro Pacific Capital Inc. and***
                                              ***Peter D. Schiff***