UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Euro Pacific Capital Inc., et al.          Plaintiff,

Case No.  15-cv-00359 (VSB)

-against-

Yayi International Inc.          Defendant.
------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Rachael A. Kierych
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: RK1339          My State Bar Number is  5159462

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:     FIRM NAME:  Anderson Kill P.C.
              FIRM ADDRESS:  1251 Avenue of the Americas, NY, NY 10020
              FIRM TELEPHONE NUMBER:  212-278-1365
              FIRM FAX NUMBER:  212-278-1733

NEW FIRM:     FIRM NAME:  Robins Kaplan LLP
              FIRM ADDRESS:  399 Park Avenue
              FIRM TELEPHONE NUMBER:  212-980-7400
              FIRM FAX NUMBER:  212-980-7401

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: January 19, 2018                    /s/ Rachael Kierych
                                           _____
                                           ATTORNEY'S SIGNATURE