```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/2018
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PETER D. SCHIFF, and EURO PACIFIC CAPITAL INC., *et al.*

       Plaintiffs,

-against-

YAYI INTERNATIONAL INC.,

       Defendant.

Case No. 15-cv-00359 (VSB) (KNF)

**ORDER**

  Upon the motion of Robins Kaplan LLP, pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, the accompanying Memorandum of Law in Support, and the Declaration of Sherli Furst, dated July 26, 2018, it is hereby:

  ORDERED that the motion of Robins Kaplan LLP to be relieved as attorney for all plaintiffs in the above-captioned matter; and it is further

  ORDERED that the law firm Robins Kaplan LLP and attorneys David Graff, Sherli Furst, and Rachel Kierych be removed as counsel of record in this Action; and it is further

  ORDERED that Robins Kaplan serve a copy of this order upon Plaintiffs at their last known address by overnight mail, and upon the defendant Yayi International Inc. through certified mail, return receipt requested, via its registered agent; and it is further

  ORDERED that these proceedings be stayed for sixty (60) days to allow plaintiffs time to retain new counsel.

Dated: July 31, 2018
    New York, NY

            */s/ Vernon Broderick*
            Vernon S. Broderick
            United States District Judge